UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | C.A. NO. 2:04-23267-DCN |
| ) | |
| Plaintiff, ) | |
| ) | |
| PAUL V. DEGENHART, UNIVERSITY ) | |
| CLUB GROUP, INC., and UC ) | |
| PROPERTIES, LLC, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**<u>NOTICE OF ELECTRONIC FILING</u>**

I, the undersigned Assistant United States Attorney for the District of South Carolina, hereby files the following document(s) via CM/ECF with the United States District Court on this 27th day of September, 2006:

<u>    Consent of Defendant Paul V. Degenhart; and Consent of Defendant University Club Group, Inc. and UC Properties, LLC    </u>

REGINALD I. LLOYD
UNITED STATES ATTORNEY


By: s/John H. Douglas_____
JOHN H. DOUGLAS (#587)
Assistant U.S. Attorney
151 Meeting St., Ste 200
Charleston, S.C. 29401